IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RIGHT AT HOME, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:06CV292** |
| vs. | ) | |
| | ) | **ORDER** |
| **ATL-SOUTH HEALTH SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's MOTION TO AMEND COMPLAINT [11] to add a party defendant and a Seventh Claim for Breach of Contract. Response time has passed, and the court has not received a response in opposition to the motion. Upon review of the proposed amended complaint, the court finds that plaintiff's motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED:**

1. Plaintiff's MOTION TO AMEND COMPLAINT [11] is granted. Plaintiff is given until and including **July 13, 2006** to file and serve the amended complaint.

2. Defendants shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a).

**DATED June 20, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**