# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIGHT AT HOME, INC.**, A Nebraska Corporation, | CASE NO. 8:06CV292 |
| Plaintiff, | |
| v. | ORDER |
| **ATL-SOUTH HEALTH SERVICES, INC.**, A Georgia Corporation, and **EDDIE AMOAKUH**, Individually, | |
| Defendants. | |

This matter is before the Court on the Defendants' Motion to Extend Response Time or Supplement Response and Conduct Discovery (Filing No. 32). The Plaintiff opposes Defendants' motion (Filing No. 33).

The Court previously ordered Defendants to respond to Plaintiff's Motion for Order to Show Cause Why Defendants Should Not Be Held In Contempt (Filing No. 25) on or before February 2, 2009. Plaintiff now requests an additional 90 days to respond, or in the alternative requests that the Court allow a supplemental response to be filed 90 days following the current deadline. The Defendants also request that the Court set a scheduling order with respect to discovery. The Defendants have failed to provide the Court with sufficient reason to support their request for additional time or their request to conduct discovery in this matter. *See* NECivR 6.1(a)(2). The Court finds that no good cause has been shown for the requested extension of time or the requested schedule for discovery, and the Defendants' motion will be denied. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion to Extend Response Time or Supplement Response and Conduct Discovery (Filing No. 32) is denied; and

2.  The Defendants shall respond to the Plaintiff's Motion (Filing No. 25) by filing a brief and index of evidence, to include affidavits or other evidence, if any, on or before February 2, 2009.

DATED this 29th day of January, 2009.

                BY THE COURT:

                s/Laurie Smith Camp
                United States District Judge