IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIGHT AT HOME, INC., A Nebraska Corporation,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **ATL-SOUTH HEALTH SERVICES, INC., A Georgia Corporation, and EDDIE AMOAKUH, Individually,** ) <br> ) <br> **Defendants.** ) | **CASE NO. 8:06CV292** <br><br> **ORDER** |

This matter is before the Court on the Revised Stipulation of the Plaintiff and the Defendants to Extend Defendants' Response Date to February 6, 2009. (Filing No. 36). The parties seek to extend the Defendants' deadline for filing a response to Plaintiff's Motion for Order to Show Cause (Filing No. 25) from February 2, 2009, to February 6, 2009. The Court finds the stipulation should be approved.[1]

In light of the Revised Stipulation (Filing No. 36), the earlier Stipulation of the Plaintiff and the Defendants to Extend Defendants' Response Date to February 3, 2009, (Filing No. 35), will be denied as moot.

IT IS ORDERED:

1. The parties' Revised Stipulation (Filing No. 36) is approved and the relief requested therein is granted;

---

[1] The Court previously denied the Defendants' contested motion for an extension of time to respond to Plaintiff's Motion finding that no good cause had been shown for the requested 90-day extension. (Filing No. 34). The Court appreciates the parties' apparent efforts to cooperate and communicate on this matter.

2. The Defendants shall respond to the Plaintiff's Motion (Filing No. 25) by filing a brief and index of evidence, to include affidavits or other evidence, if any, on or before February 6, 2009; and

3. The Stipulation of the Plaintiff and the Defendants to Extend Defendants Response Date to February 3, 2009, (Filing No. 35), is denied as moot.

DATED this 2nd day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge