# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIGHT AT HOME, INC., A Nebraska Corporation,** ) | **CASE NO. 8:06CV292** |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **ATL-SOUTH HEALTH SERVICES, INC., A Georgia Corporation, and EDDIE AMOAKUH, Individually,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on the Revised Stipulation of the Plaintiff and the Defendants to Extend Defendants' Response Date to February 18, 2009. (Filing No. 40). The parties seek to extend the Defendants' deadline for filing a response to Plaintiff's Motion for Order to Show Cause (Filing No. 25) from February 11, 2009, to February 18, 2009. In light of the parties' representation that settlement negotiations are ongoing, the Court finds the stipulation should be approved.

IT IS ORDERED:

1. The parties' Revised Stipulation (Filing No. 40) is approved and the relief requested therein is granted; and

2. The Defendants shall respond to the Plaintiff's Motion (Filing No. 25) by filing a brief and index of evidence, to include affidavits or other evidence, if any, on or before February 18, 2009.

DATED this 11th day of February, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge