IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIGHT AT HOME, INC., A Nebraska Corporation,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ATL-SOUTH HEALTH SERVICES, INC., A Georgia Corporation, and EDDIE AMOAKUH, Individually,** )<br>)<br>)<br>**Defendants.** ) | **CASE NO. 8:06CV292**<br><br>**ORDER** |

This matter is before the Court on the Revised Stipulation of the Plaintiff and the Defendants to Extend Defendants' Response Date. (Filing No. 44). The parties seek to extend the Defendants' deadline for filing a response to Plaintiff's Motion for Order to Show Cause (Filing No. 25) from February 20, 2009, to the earlier of (1) three business days following notice to the Court and the Defendants that a final settlement agreement has not been reached, or (2) March 4, 2009. In light of the parties' representation that settlement negotiations are ongoing and that they anticipate filing a joint motion which would resolve the Plaintiff's pending motion, the Court finds the stipulation should be approved.

IT IS ORDERED:

1. The parties' Revised Stipulation (Filing No. 44) is approved and the relief requested therein is granted; and

2. The Defendants shall respond to the Plaintiff's Motion (Filing No. 25) by filing a brief and index of evidence, to include affidavits or other evidence, if any, on or before the earlier of (1) three business days following notice to the Court and the Defendants that a final settlement agreement has not been reached, or (2) March 4, 2009.

DATED this 23rd day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge